HATTIE H. FARRELL, as Administratrix, etc., Respondent, *v.*
        ARTHUR J. HORGAN et al., Appellants.

(Argued June 10, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made

May 4, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Edward W. S. Johnston* for appellants.

*Charles Steckler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____